```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                  TAMPA DIVISION

RONALD ALLEN, ET AL.,

        Plaintiffs,
v.                               Case No. 8:15-cv-1808-T-33AEP

WING ENTERPRISES, INC.,

        Defendant.
_____/
```

**ORDER**

This matter comes before the Court sua sponte. The record reflects that Defendant is represented by the law firm of Banker Lopez Gassler P.A. At the present time, the undersigned believes that in order to avoid even the appearance of impropriety, she should recuse herself from this matter pursuant to 28 U.S.C. § 455(a).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

1. The undersigned is recused from this case.

2. The Clerk of Court is directed to reassign this case pursuant to its normal procedures.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of August, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record